ROYAL M. BATES, as Administrator, etc., Respondent, v. LORENZO H. DENN, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the credibility of the witness Smiley was for the jury; that it was a question of fact whether the

note was actually made and delivered to plaintiff's intestate and also whether the loan was made to the witness Smiley, or to the firm. All concurred.

Floyd Kent, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.